

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00278-CR

Jose Eduardo **ARREDONDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2010CRO000478D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 26, 2013.

Sandee Bryan Marion, Justice